# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133543

AARO NICANDER,
        Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION,
        Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133543
COA: 272601
WCAC: 05-000018

On order of the Court, the application for leave to appeal the February 20, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

t0618

Clerk